MARTIN J. FOLEY (State Bar No. 64083)
mfoley@sonnenschein.com
LEANNA M. ANDERSON (State Bar No. 228271)
landerson@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: (213) 623-9300
Facsimile: (213) 623-9924

Attorneys for Plaintiff
The Pomeroy Collection, Ltd.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

**NOTE CHANGES MADE BY THE COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THE POMEROY COLLECTION, LTD., a Texas limited liability company,<br><br>   Plaintiff,<br><br>   vs.<br><br>KIRKLAND'S, INC., a Tennessee corporation; HOME ESSENTIALS & BEYOND, INC., a New York corporation; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. SACV08-00635 AG (RNBx)<br><br>~~[PROPOSED] TEMPORARY RESTRAINING ORDER~~, ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION |

ORIGINAL

1   To Defendants Kirkland's, Inc. and Home Essentials & Beyond, Inc.
2   ("YOU"):
3   YOU (AND EACH OF YOU) ARE HEREBY ORDERED TO SHOW
4   CAUSE at 10:00 a.m. on July 7, 2008, or as soon thereafter as counsel
5   may be heard in the courtroom of the Honorable ANDREW GUILFORD,
6   located at the Reagan Courthouse in Santa Ana, why you, your respective affiliates,
7   subsidiaries, parents, successors and assigns, and all persons acting by, through,
8   under or in concert with you, should not be restrained and enjoined pending trial of
9   this action from manufacturing, advertising, promoting or selling the Harmony
10  Candle Holder, the Terra, or any other product that copies or duplicates Pomeroy's
11  Batik design San Miguel Candle Lamps.
12  ~~PENDING HEARING on the above Order to Show Cause you, your~~
13  ~~respective affiliates, subsidiaries, parents, successors and assigns, and all persons~~
14  ~~acting by, through, under or in concert with you, ARE HEREBY RESTRAINED~~
15  ~~AND ENJOINED from manufacturing, advertising, promoting or selling the~~
16  ~~Harmony Candle Holder, the Terra, or any other product that copies or duplicates~~
17  ~~Pomeroy's Batik design San Miguel Candle Lamps.~~
18  This Order to Show Cause and supporting papers must be served on
19  Defendant(s) no later than June 23, 2008 ~~days before the date set for hearing~~, and
20  proof of service shall be filed no later than June 24, 2008 court days before the
21  hearing. Any response or opposition to this Order to Show Cause must be filed and
22  personally served on Plaintiff's counsel not later than June 30, 2008 ~~court days~~
23  ~~before the date set for hearing~~, and the proof of service shall be filed no later than
24  July 1, 2008 ~~court days before the hearing~~.
25
26  Dated: JUNE 13, 2008                    _____
27                                          United States District Court Judge
28  30323754

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300